## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
MIDDLE District of Florida

Case Number: 6:19-CV-00434-ORL-31-TBS

Plaintiff:
**MICHAEL R MCNEIL**

vs.

Defendant:
**72-74 LAFAYETTE AVENUE REALTY CORP., ET AL**

For:
JOE M QUICK, P.A., LAW OFFICES
1224 S PENINSULA DR
#604
DAYTONA BEACH, FL 32118

Received by Jeff Veri on the 12th day of March, 2019 at 11:38 am to be served on **COW LICK'S INC C/O ROBERT MILTON NATHAN-REGISTERED AGENT, 3 WHIPPER-IN CIRCLE, ORMOND BEACH, FL 32174**.

I, Jeff Veri, being duly sworn, depose and say that on the **15th day of March, 2019** at **5:45 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date, my initials and hour of service endorsed thereon by me, to: **ROBERT NATHAN, REGISTERED AGENT** for **COW LICK'S INC**, at the address of: **3 WHIPPER-IN CIRCLE, ORMOND BEACH, FL 32174**, and informed said person of the contents therein, in compliance with state statutes.

In the absence of the president, vice-president, other head of the corporation, cashier, treasurer, secretary, general manager, director, officer or business agent residing in the state as defined by F.S. 48.081.

For failure of the Registered Agent to be his/her designated place for service pursuant to 48.091 and by serving the above named person as employee of said corporation at the corporation's place of business.

**Description** of Person Served: Age: 66, Sex: M, Race/Skin Color: WHITE, Height: 5'8", Weight: 210, Hair: GRAY, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing return of service and that the facts in it are true. Notary not required pursuant to F.S. 92.525(2).

State of Florida
County of Volusia

Subscribed and sworn to before me on the 18th day of March, 2019 by the affiant who is personally known to me.

Notary Public
Print Name: Lisa M Garcia

LISA M. GARCIA
MY COMMISSION # GG 122711
EXPIRES: July 23, 2021
Bonded Thru Notary Public Underwriters

Jeff Veri
Process Server

MAX J. GARCIA, INC.
145 E RICH AVE
SUITE G
Deland, FL 32724
(386) 624-6943

Our Job Serial Number: MJG-2019003147

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0g



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| MICHAEL R. MCNEIL<br><br>Plaintiff(s)<br><br>v.<br><br>72-74 LAFAYETTE AVENUE REALTY CORP., and<br>COW LICK'S, INC., d/b/a COW LICKS INC<br><br>Defendant(s) | Civil Action No.6:19-cv-00434-ORL-31-TBS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  COW LICK'S, INC.
ROBERT MILTON NATHAN - Registered Agent
3 WHIPPER-IN CIRCLE
ORMOND BEACH, FL 32174

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JOE M. QUICK, ESQ.
LAW OFFICES OF JOE M. QUICK, ESQ.
1224 S. PENINSULA DRIVE #604
DAYTONA BEACH, FLORIDA 32118
TELEPHONE (386) 212-3591

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **Mar 08, 2019**                                       *Albairis Concepcion*
                                                              Signature of Clerk

3/15/19
5:45pm